## EX PARTE IRWIN.
(Decided November 27, 1913.)

CERTIORARI to Court of Appeals.

W. K. TERRY, for petitioner. No counsel marked, contra.

MCCLELLAN, J.—Writ denied.

---

## EX PARTE HAUSER.
(Decided April 17, 1913.)

CERTIORARI to Court of Appeals.

WEBB & MCALPINE, for petitioned. No counsel marked, contra.

Per curiam. Writ denied.

---

## EX PARTE M. & O. R. R. CO.
(Decided April 10, 1913.)

CERTIORARI to Court of Appeals.

STEINER, CRUM & WEIL, and LOGAN & LOGAN, for petitioner. T. A. CURRY, contra.

MCCLELLAN, J.—Writ denied.

---

## EX PARTE PANTAZE.
(Decided April 17, 1913.)

CERTIORARI to Court of Appeals.

A. LATADY, for petitioner. HARSH, BEDDOW & FITTS, contra.

Per curiam. Petition denied.